**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 17 2015



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUIS AURELIO PEREZ-ROMERO, Petitioner, v. ERIC H. HOLDER, Jr., Attorney General, Respondent. | No. 13-71580 Agency No. A076-338-711 MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

March 10, 2015**

Before: FARRIS, WARDLAW, and PAEZ, Circuit Judges.

Luis Aurelio Perez-Romero, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") decision denying his motion

to reconsider its prior decision sua sponte. We dismiss the petition for review.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

As Perez-Romero concedes, we lack jurisdiction to review his challenge to the BIA's discretionary decision not to grant sua sponte reconsideration. *Ekimian v. INS*, 303 F.3d 1153, 1160 (9th Cir. 2002); s*ee also Mejia-Hernandez v. Holder*, 633 F.3d 818, 824 (9th Cir. 2011) (this court lacks jurisdiction to review the BIA's decision whether to reopen sua sponte).

**PETITION FOR REVIEW DISMISSED.**

13-71580